# O'REILLY & SHAW, L.L.C.
— ATTORNEYS AT LAW —

FRANCIS L. O'REILLY
JANE FORD SHAW
JUSTIN PUGH

41 UNQUOWA PLACE
FAIRFIELD, CT 06824
TEL: (203) 319-0707
FAX: (203) 319-0128

November 24, 2020

Honorable Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains. NY 10601

Re:   United States v. Matthew Mateo, DK#20cr125

Dear Judge Karas:

    Please accept this letter as a consent motion to modify the conditions of Mr. Mateo's release. As your Honor is aware, Matthew was released on conditions which included inpatient substance abuse treatment at Samaritan Village, in Rhinebeck, NY. After four months of inpatient treatment, including achieving his GED diploma, Matthew has successfully completed the program at Samaritan Village. The aftercare program for Matthew entails him transferring to Veritas House, a halfway house located on 106th Street in Manhattan, where he will live and attend their outpatient program. Veritas House is a program affiliated with Samaritan Village and there is a bed available for Matthew on December 1, 2020. I have contacted Matthew's Pretrial Officer, Andrew Abbott, and he has no objection to this request, and I have contacted Assistant United States Attorney, David Felton, and he also has no objection to this request so long as Matthew resides at Veritas House and does not leave Veritas House or the outpatient program without prior permission from the Court. Therefore for all of the above reasons, Mr. Mateo requests the Honorable Court grant his request to reside at Veritas House and attend their outpatient program beginning December 1, 2020.

Very truly yours,

Francis L. O'Reilly

Granted.

So Ordered.

11/24/20

www.oreillyandshaw.com