# O'REILLY & SHAW, L.L.C.
#### ATTORNEYS AT LAW

FRANCIS L. O'REILLY  
JANE FORD SHAW  
JUSTIN PUGH  

January 14, 2021

41 UNQUOWA PLACE  
FAIRFIELD, CT 06824  
TEL: (203) 319-0707  
FAX: (203) 319-0128

Honorable Kenneth M. Karas  
United States District Court  
300 Quarropas Street  
White Plains, NY 10601

Re:   United States v. Matthew Mateo, DK#20cr125

Dear Judge Karas:

  Please accept this letter as a consent motion with conditions, requesting the release of Mr. Mateo from custody. As your Honor is aware, Matthew was released on conditions which included inpatient substance abuse treatment at Samaritan Village, in Rhinebeck, NY. After four months of inpatient treatment, including achieving his GED diploma, Matthew successfully completed the program at Samaritan Village. The aftercare program for Matthew entailed him transferring to Veritas House, a halfway house located in Manhattan, where Matthew ran into trouble, relapsed on drugs, and left the halfway house without permission. On January 6, 2021, this Court held a violation hearing and remanded Matthew back into custody, and he self surrendered to the United States Marshall's the following day. Since Matthew was remanded on January 6, 2021, United States Pretrial Officer Andrew Abbott has arranged for Matthew to return to long term inpatient treatment at Samaritan Village rehabilitation facility located in Ellenville, New York. Samaritan Village has informed USPO Abbott that a bed is available for Matthew on Tuesday, January 19, 2021. Matthew would reside at Samaritan Village until further Order from the Court. In addition, Peter C. Walter, Ph.D LMHC, a semi-retired psychologist, will co-sign the bond in the amount of $75,000.00. If the Court were inclined to grant this request, the plan is for Mr. Walter to pick up Matthew from the Hon. Charles L. Brieant White Plains Courthouse, and drive Matthew directly to Samaritan Village's facility in Van Wyck, Queens, from where he will be transported by a Samaritan Village driver to their facility in Ellenville, NY. I have contacted Matthew's Pretrial Officer, Andrew Abbott, and he has no objection to this request, and I have contacted Assistant United States Attorney, David Felton, and he also has no objection to this request so long as the proposed co-signer meets the approval of the United States Attorney's Office as an appropriate bond co-signer. Therefore for all of the above reasons, Matthew Mateo requests the Honorable Court grant this request, and release him on January 19, 2021, to the Samaritan Village long term treatment facility in Ellenville, NY.

Very truly yours,

*Francis L. O'Reilly*  
Francis L. O'Reilly

The application is granted on the condition that the co-signor be approved by the US Attorney's Office.

So Ordered.

*[signature]*  
1/14/21