**MEMO ENDORSED**

**O'REILLY AND SHAW, LLC.**
Attorney's at Law
41 Unquowa Place
Fairfield, CT 06824
203-319-0707

June 3, 2021

Honorable Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains. NY 10601

Re: United States v. Matthew Mateo, DK#20cr125

Dear Judge Karas:

Please accept this letter as a consent motion with conditions, requesting permission for Mr. Mateo to transition from the Samaritan Village inpatient treatment center to the Crossroads Residence, a Drug Rehabilitation Center located in New Rochelle, NY. As your Honor is aware, Matthew was released on conditions which included inpatient substance abuse treatment at Samaritan Village, in Rhinebeck, NY. After four months of inpatient treatment, including achieving his GED diploma, Matthew successfully completed the program at Samaritan Village. The aftercare program for Matthew entailed him transferring to Veritas House, a halfway house located in Manhattan, where Matthew ran into trouble, relapsed on drugs, and left the halfway house without permission. On January 6, 2021, this Court held a violation hearing and remanded Matthew back into custody, and he self surrendered to the United States Marshall's the following day. Since Matthew was remanded on January 6, 2021, United States Pretrial Officer Andrew Abbott arranged for Matthew to return to long term inpatient treatment at Samaritan Village rehabilitation facility located in Ellenville, New York, and he was released on January 19, 2021. Samaritan Village has informed USPO Abbott, and the undersigned, that Matthew has successfully completed their program and that he has been approved to transition to Crossroads Residence a drug rehabilitation facility located in New Rochelle, NY. The bed at Crossroads is available for Matthew beginning on June 7, 2021. The agreed upon conditions with the Government require Matthew to reside at Crossroads and comply with all of the program's rules and regulations. All other conditions of his release remain in effect. I have contacted Matthew's Pretrial Officer, Andrew Abbott, and he has no objection to this request, and I have contacted Assistant United States Attorney, David Felton, and he also has no objection to this request so long as Matthew transitions directly from Samaritan Village to Crossroads, and any further changes to the Matthew's conditions of release must have prior Court approval.

Therefore for all of the above reasons, Matthew Mateo requests the Honorable Court grant this request, and permit his to reside at the Crossroad's rehabilitation center in New

Rochelle, NY, beginning June 7, 2021, and as a condition of his release he must obey all of the rules and regulations of the program.

Very truly yours,

Francis L. O'Reilly

Granted.

So Ordered.

*[signature]*

6/3/21