# O'REILLY & SHAW, L.L.C.

―――――――ATTORNEYS AT LAW―――――――

FRANCIS L. O'REILLY
JANE FORD SHAW

**MEMO ENDORSED**

41 UNQUOWA PLACE
FAIRFIELD, CT 06824
TEL: (203) 319-0707
FAX: (203) 319-0128

November 16, 2021

Honorable Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:   United States v. Matthew Mateo, DK#20cr125

Dear Judge Karas:

    Please accept this letter as a consent motion requesting a modification of Mr. Mateo's conditions of release to permit him to spend Thanksgiving Day with his family. Specifically, Mr. Mateo, who is currently released on home detention, is requesting that his conditions of release be modified to allow him to go to his Aunt Haydee Lopez's home located at 710 Warburton Avenue, Apartment 3K, Yonkers, NY 10701, on Thanksgiving Day, November 25, 2021. Mr. Mateo would leave his home at noon on Thanksgiving Day, and return to his home by 8:00pm on Thanksgiving Day. All other conditions of release shall remain in effect. I have contacted Matthew's Pretrial Officer, Andrew Abbott, and he objects to this request, and I have contacted Assistant United States Attorney, David Felton, and he defers to Pretrial's position on this request.
    Therefore for all of the above reasons, Matthew Mateo requests the Honorable Court grant this request and permit him to spend Thanksgiving Day with his family.

Very truly yours,

Francis L. O'Reilly

Denied.

So Ordered.

11/17/21