UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW MATEO,<br><br>Defendant. | No. 20-CR-125 (KMK)<br><br><u>ORDER</u> |

On November 20, 2025, Matthew Mateo (USMS No. 87813-054), the defendant, admitted specifications 1 through 7 of a pending violation of supervised release ("VOSR") petition. On July 22, 2025, the Court sentenced the defendant to, among other things, 3 months' imprisonment, to run concurrently for specifications 1 through 7. The Court also ordered the defendant to self-surrender to the United States Marshals – White Plains office at or before July 24, 2026, at 12:00 p.m.

A written judgment will follow. In the meantime, the Court hereby authorizes the United States Marshals Service and the Federal Bureau of Prisons to take custody of the defendant upon his self-surrender.

SO ORDERED.

DATED: July 23, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE